UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7805 SVW (MRW) | | Date | August 19, 2013 |
|---|---|---|---|---|
| Title | Gregory v. Bollay | | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**     (IN CHAMBERS)   ORDER TO SHOW CAUSE

According to the Court's previous scheduling order (Docket # 32), both parties were required to file case management reports by July 8, 2013, informing the Court about the various anticipated issues in the litigation. However, to date, <u>neither</u> party filed the mandatory report.

Therefore, Plaintiff and Defendant are ordered to show cause why the Court should not enter an order of sanctions (monetary or litigation-related) against each party for failure to comply with the Court's previous order. Each party may discharge the OSC by submitting the required report – plus an explanation for the delay in its submission – by or before <u>September 9, 2013</u>.