1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12   ERIC GREGORY,                    )   Case No. CV 12-7805 SVW (MRW)
13                     Plaintiff,      )
14          vs.                        )   JUDGMENT
15   DR. ANN BOLLAY, et al.,           )
16                     Defendants.     )
17   _____    )

18          Pursuant to the Order Accepting Findings and Recommendations of the

19   United States Magistrate Judge,

20          IT IS ADJUDGED that the action is dismissed with prejudice.

21

22   DATE: March 25, 2014           _____

23                                  HON. STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28